# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-5171

———————————————

ERIC J. SCHOENUNG and CONNIE
M. SCHOENUNG,

    Petitioners,

    v.

MICHAEL NULL and MARY C.
NULL,

    Respondents.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.

February 25, 2019

PER CURIAM.

    DENIED.

B.L. THOMAS, C.J., and KELSEY and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Eric J. Schoenung and Connie M. Schoenung, pro se, Petitioners.

Michael Null and Mary C. Null, pro se, Respondents.